58 A.3d 746

Anne WILSON, Petitioner

v.

HONEYWELL, INC. (formerly Allied Signal Inc.) and
Travelers Insurance Company, Respondents.

No. 158 EM 2012.

Supreme Court of Pennsylvania.

Nov. 20, 2012.

## ORDER

PER CURIAM.

**AND NOW**, this 20th day of November, 2012, the Petition
for Review and the Application to Amend are **DENIED**.

58 A.3d 746

Sehu Kessa–Saa TABANSI a/k/a Alfonso P. Pew, Petitioner

v.

Howard B. ZAVODNICK, Esq., Respondent.

No. 162 EM 2012.

Supreme Court of Pennsylvania.

Nov. 20, 2012.

## ORDER

PER CURIAM.

**AND NOW**, this 20th day of November, 2012, the Petition
for Leave to ·File Petition for Allowance of Appeal *Nunc Pro
Tunc* is **DENIED**.